Karen O. Hourigan (SBN 206957)
1706 Waller Street
San Francisco, California 94117
Telephone: 415.371.9255
E-mail: khourigan@exitherasap.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN O. HOURIGAN, | Case Number: 3:22-cv-04303 |
| Plaintiff, | |
| vs. | **PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |
| REDGRAVE LLP; and OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., | |
| Defendants. | |

Plaintiff Karen O. Hourigan pursuant to Federal Rule of Civil Procedure 65 and Civil Local Rules 7-10 and 65-1, hereby applies, ex parte, for a temporary restraining order ("TRO") and order to show cause why a preliminary injunction should not issue against Defendants Redgrave LLP and Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree") and their affiliates, officers, directors, shareholders, employees, and any other persons who are in active concert or participation with them.

In light of the immediate and irreparable harm Plaintiff faces, as explained in her Verified Complaint for Declaratory Judgment and Injunctive Relief, Memorandum of Points and Authorities, the Declaration of Karen O. Hourigan, and the Certification of Counsel submitted in support of this Application, Plaintiff asks this Court to, on an ex parte basis and without notice to Defendants:

(a) Temporarily and immediately enjoining, restraining, and prohibiting Defendants and any of their affiliates, officers, directors, shareholders and employees, whether acting directly or indirectly, from advancing their Demand for Arbitration at JAMS (JAMS Ref. No. 5460000123, filed on April 29, 2022) or any other alternative dispute resolution platform;

(b) Temporarily and immediately enjoining JAMS from further processing Defendants' Demand for Arbitration at JAMS (JAMS Ref. No. 5460000123, filed on April 29, 2022);

(c) Temporarily and immediately staying Defendants' Demand for Arbitration at JAMS (JAMS Ref. No. 5460000123, filed on April 29, 2022) pending further Order from this Court;

This Application is based on (1) the accompanying Plaintiff's Memorandum of Points and Authorities in Support of Its Ex Parte Application for a Temporary Restraining Order Without Notice and Order to Show Cause Why Preliminary Injunction Should Not Issue ("Memorandum of Points and Authorities"); (2) the Verified Complaint for Declaratory Relief and Injunctive Relief; (3) the exhibits thereto, including the Declaration of Karen O. Hourigan; (4) the Certification of Plaintiff and counsel Karen O. Hourigan; (5) the [Proposed] Order; and

any other written or oral evidence or argument presented before or at the time this Application is heard by the Court.

As detailed in her Memorandum of Points and Authorities, Plaintiff satisfies the standard for issuance of a TRO under the traditional test for preliminary injunctive relief and temporary restraining orders articulated by the Supreme Court in *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7 (2008).

In addition, as set forth in her Memorandum of Points and Authorities, her Verified Complaint, and the Certification of Karen O. Hourigan, Plaintiff should be granted a TRO without notice to Defendants because notification risks depriving Plaintiff of her ability to seek the relief she requests in this Court.  Plaintiff has therefore provided facts that clearly show "that immediate and irreparable injury, loss, or damage will result to [Plaintiff] before the adverse party can be heard in opposition," as well as counsel's certification of the reasons why notice should not be required, in satisfaction of the requirements of Federal Rule of Civil Procedure 65(b)(1) for ex parte relief.  *Reno Air Racing Ass'n v. McCord*, 452 F.3d 1126, 1131 (9th Cir. 2006); *Lockheed Martin Corp. v. Aceworld Holdings Pty Ltd.,* No. 19-cv-4074-EJD (N.D. Cal. July 18, 2019) (quoting Fed. R. Civ. Pro. 65(b)(1)).

Date: July 26, 2022                         Sign Name: */s/ Karen O. Hourigan*
                                            Print Name: Karen O. Hourigan