# Exhibit 1



EXECUTIVE COMMITTEE

O:  703.592.1155
www.redgravellp.com

14555 Avion Parkway
Suite 275
Chantilly, Virginia  20151

*VIA eMail*

December 17, 2021

Karen O. Hourigan
1706 Waller Street
San Francisco, CA 94117

    Re:    Notice of Being Placed on Paid Leave of Absence and Termination of Secondment

Dear Karen:

You are being placed on a paid leave of absence from the Firm immediately.  You are not allowed during the leave of absence to do any work on behalf of the Firm or any of its clients and you should not contact any current or prospective clients, vendors, or contractors on behalf of the Firm.  Redgrave LLP is also terminating the Secondment Agreement with ▒▒▒▒▒▒▒▒▒▒▒▒▒▒ (dated November 5, 2021).  You also will not be allowed to have access to the Firm's messaging and computer platforms during the paid leave of absence.

Pursuant to your request, I am copying Mr. Moyes.  I am also copying our outside counsel at Ogletree Deakins who we have retained and will be handling this matter moving forward for the Firm.

    Very truly yours,

    Jonathan M. Redgrave
    Managing Partner

cc:    Sean Moyes, Esq.
        Gregory Cheng, Esq.
        Sam Fulkerson, Esq.
        Lori Winland, Esq.