# Exhibit 2



EXECUTIVE COMMITTEE

O:  703.592.1155
www.redgravellp.com

14555 Avion Parkway
Suite 275
Chantilly, Virginia  20151

*VIA eMail*

January 4, 2022

Karen O. Hourigan
1706 Waller Street
San Francisco, CA 94117

Re:     Notice of Termination of Non-Equity Partner Position at Redgrave LLP

Dear Karen:

This letter provides you with ninety (90) days' prior written notice from the Executive Committee under Section 7.3(c) of the Redgrave LLP (the "Firm") Second Amended and Restated Limited Liability Partnership Agreement ("Partnership Agreement") that the Executive Committee has determined, in its sole discretion, that it is in the best interest of the Firm for your status as a Non-Equity Partner (and your employment with the Firm) to be terminated on Monday, April 4, 2022 (90 days from today), unless we mutually agree on an earlier date.

In addition, as of today and through Monday, April 4, 2022 (or whatever earlier day is your last day with the Firm) you will continue to be on a paid leave of absence from the Firm.  You are not allowed during the leave of absence to do any work on behalf of the Firm or any of its clients and you should not contact any current or prospective clients, vendors, or contractors on behalf of the Firm.  In the event that any current or prospective clients, vendors, or contractors contact you regarding Firm or client matters, please refer them to David Shonka.  You also will not be allowed to have access to the Firm's messaging and computer platforms during the paid leave of absence.  While on your paid leave of absence, you are expected to abide with all obligations you have as a Non-Equity Partner and employee of the Firm, including but not limited to the general obligations spelled out in Sections 3.7, 3.9, and 3.12 of the Partnership Agreement.

---

**WASHINGTON DC     NORTHERN VIRGINIA     CLEVELAND     CHICAGO     MINNEAPOLIS     SAN FRANCISCO     LOS ANGELES**

Karen O. Hourigan
Re:  January 4, 2022
Page 2 of 2


Pursuant to your prior request, I am copying Mr. Moyles on this communication.


Very truly yours,

Jonathan M. Redgrave
Managing Partner


cc:      Sean Moyles, Esq.
         Gregory Cheng, Esq.
         Sam Fulkerson, Esq.
         Lori Winland, Esq.