# Exhibit 6

Skip to Main Content   Logout   My Account   Search Menu   Refine Search   Back        Location : Pinellas County   **Help**

# REGISTER OF ACTIONS
### CASE NO. 22-001966-CI



| | | | |
|---|---|---|---|
| **REDGRAVE LLP Vs. KAREN HOURIGAN** | § § § § § § § | Case Type: | **TRADE SECRETS** |
| | | Date Filed: | **04/26/2022** |
| | | Location: | **Section 20** |
| | | Judicial Officer: | **MEYER, KEITH** |
| | | UNIFORM CASE NUMBER: | **522022CA001966XXCICI** |

---

## PARTY INFORMATION

|  |  | **Attorneys** |
|---|---|---|
| **DEFENDANT** | **HOURIGAN, KAREN** ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ | |
| **PLAINTIFF** | **REDGRAVE LLP  A DELAWARE LIMITED LIABILITY PARTNERSHIP** | **ELIZABETH T JOZSI** |
| | | Ogletree, Deakins, Nash, Smoak & Stewart 100 N Tampa St Ste 3600 TAMPA, FL 33602 |
| | 100 NORTH TAMPA STREET SUITE 3600 TAMPA, FL 33602 | 813-289-6530(W) |
| | | **PETER W ZINOBER** |
| | | 100 NORTH TAMPA STREET SUITE 3600 TAMPA, FL 33602 |
| | | 813-289-1247(W) |

---

## EVENTS & ORDERS OF THE COURT

### OTHER EVENTS AND HEARINGS

07/18/2022 **RESPONSE**   Doc # 44
  *TO DETERMINE CONFIDENTIALITY OF COURT RECORDS*
07/14/2022 **NOTICE OF HEARING**   Doc # 43
  *11142022 1:30 TELEPHONIC*
07/06/2022 **MOTION TO DETERMINE CONFIDENTIALITY OF CT RECD**   Doc # 40
  Party:  HOURIGAN, KAREN
07/06/2022 **EXHIBIT**   Doc # 41
  *1 - DECLARATION OF KAREN O HOURIGAN IN SUPPORT OF DEFTS MOTN TO DETERMINE CONFIDENTIALITY OF COURT RECORDS*
07/06/2022 **EXHIBIT**   Doc # 42
  *1A - EMAIL W/ATTACHMENTS*
07/05/2022 **AMENDED**   Doc # 32
  *RESPONSE IN OPPOSITION TO MOTION TO DISMISS*
07/05/2022 **EXHIBIT**   Doc # 33
  *1 - COMPLAINT W/ATTACHMENTS*
07/05/2022 **EXHIBIT**   Doc # 34
  *2 - DECLARATION OF ELIZABET JOZSI*
07/05/2022 **EXHIBIT**   Doc # 35
  *2-A - EMAILS*
07/05/2022 **EXHIBIT**   Doc # 36
  *2-B - NOTICE OF SERVICE OF DEMAND FOR ARBITRATION W/STATEMENT OF CLAIM*
07/05/2022 **EXHIBIT**   Doc # 37
  *2-C - EMAILS*
07/05/2022 EXHIBIT   Doc # 38
  *2-D - LEXIS NEXIS DOCUMENTS*
07/05/2022 **EXHIBIT**   Doc # 39
  *3 - LETTER RE: NON-EQUITY PARTNER POSITION AT REDGRAVE LLP*

06/30/2022 | **EMERGENCY MOTION**      Doc # 22
> *(AMENDED) FOR EXTENSION TO FILE RESPONSE W/NOTE FROM COURT - DOES NOT QUALIFY AS EMERGENCY*

06/30/2022 | **CORRESPONDENCE TO COURT RE**      Doc # 23
> *DEFT'S ADDRESS - RCVD BY COURT 06292022*

06/29/2022 | **NOTICE OF APPEARANCE**      Doc # 21
> *ON BEHALF OF REDGRAVE LLP*
> Party: REDGRAVE LLP

06/29/2022 | **RESPONSE**      Doc # 24
> *IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS COMPLAINT FOR DECLARATORY RELIEF*

06/29/2022 | **EXHIBIT**      Doc # 25
> *1-COMPLAINT FOR DECLARATORY RELIEF*
> Party: REDGRAVE LLP

06/29/2022 | **EXHIBIT**      Doc # 26
> *2-DECLARATION OF ELLIZABETH JOZSI*
> Party: JOZSI, ELIZABETH T

06/29/2022 | **EXHIBIT**      Doc # 27
> *2-A - MEDIATION*

06/29/2022 | **EXHIBIT**      Doc # 28
> *2-B - NOTICE OF SERVICE*

06/29/2022 | **EXHIBIT**      Doc # 29
> *2C - NOTICE OF UNAVAILABILITY*

06/29/2022 | **EXHIBIT**      Doc # 30
> *2D - LEXIS NEXIS REPORT*

06/29/2022 | **EXHIBIT**      Doc # 31
> *3 - NON-EQUITY PARTNER POSITION AT REDGRAVE LLP*

06/27/2022 | **OPPOSITION TO**      Doc # 19
> *PLAINTIFFS AMENDED EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION AND AMENDED MOTION FOR HEARING*

06/27/2022 | **EXHIBIT**      Doc # 20
> *A-EMAIL ON UNAVAILABILITY*

06/22/2022 | **EMERGENCY MOTION**      Doc # 17
> *(AMENDED) FOR EXTENSION TO FILE RESPONSE IN OPPOSITION*
> Party: REDGRAVE LLP

06/22/2022 | **AMENDED MOTION**      Doc # 18
> *FOR HEARING*
> Party: REDGRAVE LLP

06/20/2022 | **MOTION**      Doc # 14
> *FOR HEARING*
> Filed by: REDGRAVE LLP

06/20/2022 | **NOTICE OF UNAVAILABILITY**      Doc # 15

06/20/2022 | **EMERGENCY MOTION**      Doc # 16
> *FOR EXTENSION TO FILE RESPONSE IN OPPOSITION*
> Party: REDGRAVE LLP

06/14/2022 | **NOTICE**      Doc # 4
> *OF REQUEST FOR COURT TO CONSIDER MOTION BASED ON WRITTEN SUBMISSIONS WITHOUT HEARING*

06/14/2022 | **NOTICE OF UNAVAILABILITY**      Doc # 5
> *061622-062422*

06/13/2022 | **MOTION**      Doc # 6
> *TO DISMISS COMPLAINT FOR DECLARATORY RELIEF*
> Filed by: HOURIGAN, KAREN

06/13/2022 | **EXHIBIT**      Doc # 7
> *A/LABOR CODE*

06/13/2022 | **EXHIBIT**      Doc # 8
> *B/LABOR CODE*

06/13/2022 | **EXHIBIT**      Doc # 9
> *C/ARTICLES OF ORGANIZATION*

06/13/2022 | **EXHIBIT**      Doc # 10
> *D/VJR BEACH PROPERTIES LLC*

06/13/2022 | **EXHIBIT**      Doc # 11
> *E/NINTH CIRCUIT UPHOLDS PORIONS OF CALIFORNIA LAW PROHIBITING USE OF MANDATORY ARBITRATION AGREEMENTS*

06/13/2022 | **EXHIBIT**      Doc # 12
> *F/ORDER GRANTING MOTIONS TO TRANSFER*

06/13/2022 | **EXHIBIT**      Doc # 13
> *G/CIVIL MINUTES - GENERAL*

04/28/2022 | **SUMMONS - ISSUED**      Doc # 3
> Party: HOURIGAN, KAREN

04/26/2022 | **CIVIL COVER SHEET - E-FILED**      Doc # 1

04/26/2022 | **COMPLAINT**      Doc # 2
> *WITH ATTACHMENTS*

---

## FINANCIAL INFORMATION

**PLAINTIFF** REDGRAVE LLP



Total Financial Assessment                                                      410.00

| | | | |
|---|---|---|---:|
| | Total Payments and Credits | | 410.00 |
| | **Balance Due as of 07/23/2022** | | **0.00** |

| | | | | |
|---|---|---|---|---:|
| 04/27/2022 | Transaction Assessment | | | 410.00 |
| 04/27/2022 | E-FILE PAYMENT | Receipt # EF-2022-14645 | REDGRAVE LLP | (410.00) |