Karen O. Hourigan (SBN 206957)
1706 Waller Street
San Francisco, California 94117
Telephone: 415.371.9255
E-mail: khourigan@exitherasap.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN O. HOURIGAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>REDGRAVE LLP; and OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.,<br><br>    Defendants. | Case Number: 3:22-cv-4303<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

Having considered the papers filed and arguments presented in connection with Plaintiff Karen O. Hourigan's Ex Parte Application for Temporary Restraining Order Without Notice and Order to Show Cause Why Preliminary Injunction Should Not Issue, the Court finds as follows:

1. Plaintiff has good cause for seeking relief on an ex parte basis and without notice to Defendants;

2. Having determined that: (1) Plaintiff has established a likelihood of success on the merits; (2) Plaintiff will suffer irreparable harm if the TRO is denied; (3) granting the TRO will not result in irreparable harm to Defendants; and (4) granting the TRO is in the public interest,

IT IS THEREFORE ORDERED THAT:

1. Defendants Redgrave LLP and Ogletree, Deakins, Nash, Smoak & Stewart, P.C. (collectively, "Defendants"), and Defendants' affiliates, officers, directors, shareholders, employees, and any other persons who are in active concert or participation with them, whether acting directly or indirectly, are temporarily and immediately enjoining, restraining, and prohibiting Defendants and any of their affiliates, officers, directors, shareholders and employees, whether acting directly or indirectly, from advancing their Demand for Arbitration at JAMS (JAMS Ref. No. 5460000123, filed on April 29, 2022) or any other alternative dispute resolution platform pending further Order from this Court;

2. JAMS is temporarily and immediately enjoined from further processing Defendants' Demand for Arbitration at JAMS (JAMS Ref. No. 5460000123, filed on April 29, 2022) pending further Order from this Court; and

3. Defendants' Demand for Arbitration at JAMS (JAMS Ref. No. 5460000123, filed on April 29, 2022) JAMS is temporarily and immediately staying pending further Order from this Court.

IT IS FURTHER ORDERED THAT:

1. Defendants shall show cause before the Honorable _____, Judge of the above-entitled Court, on _____, 2022 at _____, or as soon thereafter as the parties may be heard, in Courtroom _____ located in the Phillip Burton Federal Building & United States Courthouse at 450 Golden Gate Avenue, San Francisco, CA 94102, concerning

1. why a preliminary injunction should not issue against Defendants enjoying them, pending the final hearing and determination of this action, from such activities as is described in the paragraphs above and as Defendants have been temporarily enjoined from.

2. Plaintiff, or her authorized agents, is directed to serve a copy of this Order upon Defendants by _____ a.m./p.m. on _____, 2022, which shall constitute sufficient service of process thereof;

3. Defendants shall have until _____ a.m./p.m. on _____, 2022, to file with this Court and serve through ECF on Plaintiff, Karen O. Hourigan, 1706 Waller Street, San Francisco, CA 94117, any points of authorities, affidavits or declarations, or other evidence in opposition to the Order to Show Cause Regarding Preliminary Injunction;

4. Plaintiff shall have until _____ a.m./p.m. on _____, 2022, to file with this Court and serve through ECF on Defendants' counsel any points of authorities, affidavits or declarations, or other evidence in support of Order to Show Cause Regarding Preliminary Injunction;

5. This Order shall expire on its own terms on the _____ of _____ 2022, at the hour of _____, unless further extended by Order of this Court; and

6. For good cause shown and upon written application to the Court, this Order may be extended for a longer period determined by the Court.

SO ORDERED THIS _____ day of July, 2022 at _____ a.m./p.m.

_____
U.S. District/Magistrate Judge