Karen O. Hourigan (SBN 206957)
1706 Waller Street
San Francisco, California 94117
Telephone: 415.371.9255
E-mail: khourigan@exitherasap.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| KAREN O. HOURIGAN, | ) ) | Case Number: 3:22-cv-4303 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | **PLAINTIFF'S PROPOSAL REGARDING BRIEFING AND HEARING ON PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |
| REDGRAVE LLP; and OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., | ) ) ) ) ) | |
| Defendants. | ) ) ) ) ) ) ) ) | |

...

The parties to the above-entitled action met and conferred regarding a JOINT PROPOSAL REGARDING BRIEFING AND HEARING ON PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE pursuant to the Clerk's Notice (ECF No. 13) entered on August 10, 2022.

Defendants were unable to provide timely responses to Plaintiff despite the time limits set by the Clerk's Notice entered on August 10, 2022. Defendants filed their proposal without notice to Plaintiff. The parties' email exchange is attached here as Exhibit 1. Below is Plaintiff's proposed briefing schedule. Plaintiff has added Defendants' proposed dates here for the convenience of the Court.

Plaintiff's proposed dates are based on Plaintiff's travel schedule. She will not be in San Francisco during the week of August 22, 2022. While this hearing may be conducted via Zoom, Plaintiff's prior commitments during the week of August 22, 2022 make Defendants' proposed dates extremely challenging for Plaintiff who filed her Motion on July 26, 2022.

| Event | Plaintiff's Proposal | Defendants' Proposal |
|---|---|---|
| Court's ruling on Plaintiff's Ex Parte Motion for TRO | No later than **Friday, August 12, 2022**, or any date to be determined by the Court to set a hearing for Plaintiff's motion. | Defendants agree with the Court that Plaintiff's Ex Parte Application should be treated as a Preliminary Injunction. |
| Defendants' Responsive Papers to Plaintiff's Ex Parte Motion | No later than **5:00 p.m. PT Monday, August 15, 2022**. | Defendants' Opposition to Plaintiff's Preliminary injunction shall be filed by **11:59 p.m. PST Wednesday, August 17, 2022**. |

| Event | Plaintiff's Proposal | Defendants' Proposal |
|---|---|---|
| Plaintiff's Reply or response to Defendants' Responsive Papers | No later than **5:00 p.m. PT Wednesday, August 17, 2022**. | Plaintiff's Reply Brief in support of her Preliminary Injunction shall be filed by **11:59 p.m. PST Friday, August 19, 2022**. |
| Hearing on Plaintiff's Motion for Preliminary Injunction | To be set by the Court on **Thursday, August 18, 2022.** | To be set by the Court on **Thursday, August 25, 2022** |

Dated: August 11, 2022          */s/ Karen O. Hourigan*
                                                    ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                                    Plaintiff

ORDER

The Court has reviewed the above PLAINTIFF'S PROPOSAL REGARDING BRIEFING AND HEARING ON PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE.

1. Defendants shall have until _____ a.m./p.m. on _____, 2022, to file with this Court and serve through ECF on Plaintiff, Karen O. Hourigan, 1706 Waller Street, San Francisco, CA 94117, any points of authorities, affidavits or declarations, or other evidence in opposition to the [Order to Show Cause Regarding Preliminary Injunction];

2. Plaintiff shall have until _____ a.m./p.m. on _____, 2022, to file with this Court and serve through ECF on Defendants' counsel any points of authorities, affidavits or declarations, or other evidence in support of [Order to Show Cause Regarding Preliminary Injunction];

3. The parties shall appear for a hearing before the Honorable Laurel Beeler, Judge of the above-entitled Court, on _____, 2022 at _____, or as soon thereafter as the parties may be heard, in Courtroom B, 15th Floor located in the Phillip Burton Federal Building & United States Courthouse at 450 Golden Gate Avenue, San Francisco, CA 94102, concerning why a preliminary injunction should not issue against Defendants enjoining them, pending the final hearing and determination of this action, from such activities as is described in Plaintiff's EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE (ECF No. 4), and any points of authorities, affidavits or declarations, or other evidence submitted therewith.

IT IS SO ORDERED.

Dated:

_____
UNITED STATES MAGISTRATE JUDGE

# Exhibit 1



Karen Hourigan <khourigan@exitherasap.com>

## Hourigan v. Redgrave LLP & Ogletree - Time for a Call Today
11 messages

**Karen Hourigan** <khourigan@exitherasap.com>
To: "Mirsch, Drake A." <drake.mirsch@ogletreedeakins.com>

Drake-

Pursuant to the direction from the court today (see below), please let me know what time works today for a call to discuss the hearing on my motion in this matter in the ND Cal.

I am available before 10:00 a.m. and after 1:00 p.m. PT.

I can be reached at 415.371.9255.

Thanks-
Karen

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free el documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

California Northern District

**Notice of Electronic Filing**

The following transaction was entered on 8/10/2022 at 7:07 AM and filed on 8/10/2022
Case Name:      Hourigan v. Redgrave LLP et al
Case Number:    3:22-cv-04303-LB
Filer:
Document Number: 13(No document attached)

Docket Text:
**CLERK'S NOTICE:** Now that all parties have consented, the usual process is for the parties to confer on a schedule for a preliminary injunction, genera within fourteen days. Often, the TRO can serve as the opening brief. This would put the matter on calendar for 8/28/2022 at 9:30 a.m. at the latest. The c to confer on Wednesday, 8/10/2022 and to submit a joint proposal with their briefing and hearing schedules by the end of the day. *(This is a text-only er court. There is no document associated with this entry.)* (ejk, COURT STAFF) (Filed on 8/10/2022)

3:22-cv-04303-LB Notice has been electronically mailed to:

Drake Alexander Mirsch &nbsp &nbsp drake.mirsch@ogletree.com

Karen O'Brien Hourigan &nbsp &nbsp kohourigan@gmail.com

3:22-cv-04303-LB Please see Local Rule 5-5; Notice has NOT been electronically mailed to:



Karen O. Hourigan
Founder/CEO
khourigan@exitherasap.com
Ph: 415.371.9255
www.exitherasap.com

**Mirsch, Drake A.** <drake.mirsch@ogletree.com>                                Wed, Aug 10, 2022 at 10:30 AM
To: Karen Hourigan <khourigan@exitherasap.com>
Cc: "Verde, Vince M." <Vince.Verde@ogletreedeakins.com>

Hi, Ms. Hourigan -

We are available at 1pm. If that still works for you, I can send a Teams meeting invite.

> On Aug 10, 2022, at 8:02 AM, Karen Hourigan <khourigan@exitherasap.com> wrote:

*[Caution: Email received from external source]*

Drake-

[Quoted text hidden]

image.png
75K

---

**Karen Hourigan** <khourigan@exitherasap.com>  Wed, Aug 10, 2022 at 10:52 AM
To: "Mirsch, Drake A." <drake.mirsch@ogletree.com>
Cc: "Verde, Vince M." <Vince.Verde@ogletreedeakins.com>

Drake-

That time works for me still. Please go ahead and send the Teams invitation. I have a draft joint proposal that I am working on. Please see the attached.

Given that the Clerk's notice indicates that my motion must be heard before August 28th (which is a Sunday and possibly a mistake), I think the last date my motion could be heard is actually Friday, August 26th. However, because it's my understanding that the very arbitration that I am attempting to enjoin has some event on August 25, 2022, I have included my proposed dates that are before August 25, 2022. I think it would be best for all the parties, all of the courts, and JAMS to get resolution on my motion in the ND Cal. before any event occurs in the JAMS proceedings before August 25, 2022.

Thanks.

-Karen



Karen O. Hourigan
Founder/CEO
khourigan@exitherasap.com
Ph: 415.371.9255
www.exitherasap.com

[Quoted text hidden]

📄 Hourigan v. Redgrave LLP et al - DRAFT Joint Proposal re Briefing and Hearing - 2022.08.10.docx
35K

---

**Mirsch, Drake A.** <drake.mirsch@ogletree.com>
To: Karen Hourigan <khourigan@exitherasap.com>
Cc: "Verde, Vince M." <Vince.Verde@ogletreedeakins.com>

Ms. Hourigan –

Our proposed edits are attached.

**Drake A. Mirsch** | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Park Tower, 695 Town Center Drive, Fifteenth Floor | Costa Mesa, CA 92626 | Telephone: 714-800-7938
drake.mirsch@ogletree.com | www.ogletree.com | Bio

**From:** Karen Hourigan <khourigan@exitherasap.com>
**Sent:** Wednesday, August 10, 2022 10:52 AM
**To:** Mirsch, Drake A. <drake.mirsch@ogletreedeakins.com>
**Cc:** Verde, Vince M. <Vince.Verde@ogletreedeakins.com>
**Subject:** Re: Hourigan v. Redgrave LLP & Ogletree - Time for a Call Today

*[Caution: Email received from external source]*

Drake-

That time works for me still.  Please go ahead and send the Teams invitation.  I have a draft joint proposal that I am working on.  Please see the attached.

Given that the Clerk's notice indicates that my motion must be heard before August 28th (which is a Sunday and possibly a mistake), I think the last date my motion could be heard is actually my understanding that the very arbitration that I am attempting to enjoin has some event on August 25, 2022, I have included my proposed dates that are before August 25, 2022.  I think it wo courts, and JAMS to get resolution on my motion in the ND Cal. before any event occurs in the JAMS proceedings before August 25, 2022.

Thanks.

-Karen

Karen O. Hourigan

Founder/CEO

khourigan@exitherasap.com

Ph: 415.371.9255

www.exitherasap.com


On Wed, Aug 10, 2022 at 10:30 AM Mirsch, Drake A. <drake.mirsch@ogletree.com> wrote:

> Hi, Ms. Hourigan -
>
> We are available at 1pm. If that still works for you, I can send a Teams meeting invite.
>
>> On Aug 10, 2022, at 8:02 AM, Karen Hourigan <khourigan@exitherasap.com> wrote:
>>
>> *[Caution: Email received from external source]*
>>
>> ---
>>
>> Drake-
>>
>> Pursuant to the direction from the court today (see below), please let me know what time works today for a call to discuss the hearing on my motion in this matter in the ND Cal.
>>
>> I am available before 10:00 a.m. and after 1:00 p.m. PT.
>>
>> I can be reached at 415.371.9255.
>>
>> Thanks-
>> Karen

> This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive o
> documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
> However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.
>
> U.S. District Court
>
> California Northern District
>
> **Notice of Electronic Filing**
>
> The following transaction was entered on 8/10/2022 at 7:07 AM and filed on 8/10/2022
> Case Name:    Hourigan v. Redgrave LLP et al
> Case Number:  3:22-cv-04303-LB
> Filer:
> Document Number: 13(No document attached)
>
> Docket Text:
> **CLERK'S NOTICE:** Now that all parties have consented, the usual process is for the parties to confer on a schedule for a preliminary injunction within fourteen days. Often, the TRO can serve as the opening brief. This would put the matter on calendar for 8/28/2022 at 9:30 a.m. at the late: to confer on Wednesday, 8/10/2022 and to submit a joint proposal with their briefing and hearing schedules by the end of the day. *(This is a tex court. There is no document associated with this entry.)* (ejk, COURT STAFF) (Filed on 8/10/2022)
>
> 3:22-cv-04303-LB Notice has been electronically mailed to:
>
> Drake Alexander Mirsch &nbsp &nbsp drake.mirsch@ogletree.com
>
> Karen O'Brien Hourigan &nbsp &nbsp kohourigan@gmail.com
>
> 3:22-cv-04303-LB Please see Local Rule 5-5; Notice has NOT been electronically mailed to:
>
> [Quoted text hidden]

📄 **Hourigan v. Redgrave LLP et al - DRAFT Joint Proposal re Briefing and Hearing - (OD edits 8.10.2022).docx**
25K

---

**Karen Hourigan** <khourigan@exitherasap.com>     Wed, Aug 10, 2022 at 2:15 PM
To: "Mirsch, Drake A." <drake.mirsch@ogletree.com>
Cc: "Verde, Vince M." <Vince.Verde@ogletreedeakins.com>

Vince and Drake-

I have attached a copy that indicates which edits of yours I have accepted and which I have rejected. Please let me know no later than 3:00 p.m. PT today whether I have your permission to file this as-is with all changes accepted and the word "Draft" removed from the caption.

If you believe that we need to file separately, please let me know that by 2:45 p.m. PT today. As I mentioned during our Teams meeting about an hour ago, I have a few appointments this afternoon and we have been directed to file a joint proposal by the end of day today, which I interpret to be 5:00 p.m. PT.

Thanks-
Karen



Karen O. Hourigan
Founder/CEO
khourigan@exitherasap.com
Ph: 415.371.9255
www.exitherasap.com

[Quoted text hidden]

 **Hourigan v. Redgrave LLP et al - DRAFT Joint Proposal re Briefing and Hearing - (OD edits 8.10.2022) - KOH edits.docx**
32K

**Karen Hourigan** <khourigan@exitherasap.com>　　　　　　　　　　　　　　　　　　　　Wed, Aug 10, 2022 at 3:03 PM
To: "Mirsch, Drake A." <drake.mirsch@ogletree.com>
Cc: "Verde, Vince M." <Vince.Verde@ogletreedeakins.com>

Vince and Drake-

Please let me know if I am authorized to file what I sent about 45 minutes ago (with the final changes I described in my email).  I need to leave for my appointments in about 15 minutes.

We don't have an answer from Judge Beeler's CRD regarding whether "end of day" means 5:00 p.m.  I am doubtful that we will get one in the 13 minutes I have left to get this filed before I leave.

If I am not authorized to file, please let me know ASAP what your proposed solution is to this situation.

Thanks-
Karen



Karen O. Hourigan
Founder/CEO
khourigan@exitherasap.com
Ph: 415.371.9255
www.exitherasap.com

[Quoted text hidden]

**Mirsch, Drake A.** <drake.mirsch@ogletree.com>　　　　　　　　　　　　　　　　　　　　Wed, Aug 10, 2022 at 3:04 PM
To: Karen Hourigan <khourigan@exitherasap.com>
Cc: "Verde, Vince M." <Vince.Verde@ogletreedeakins.com>

Hi, Ms. Hourigan –


Vince is still at his appointment. I have not been able to connect with him. I am hoping he and I can connect shortly.


**Drake A. Mirsch | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Park Tower, 695 Town Center Drive, Fifteenth Floor | Costa Mesa, CA 92626 | Telephone: 714-800-7938
drake.mirsch@ogletree.com | www.ogletree.com | Bio


**From:** Karen Hourigan <khourigan@exitherasap.com>
**Sent:** Wednesday, August 10, 2022 3:03 PM
**To:** Mirsch, Drake A. <drake.mirsch@ogletreedeakins.com>
**Cc:** Verde, Vince M. <Vince.Verde@ogletreedeakins.com>
**Subject:** Re: Hourigan v. Redgrave LLP & Ogletree - Time for a Call Today


*[Caution: Email received from external source]*

Vince and Drake-


Please let me know if I am authorized to file what I sent about 45 minutes ago (with the final changes I described in my email).  I need to leave for my appointments in about 15 minutes.


We don't have an answer from Judge Beeler's CRD regarding whether "end of day" means 5:00 p.m.  I am doubtful that we will get one in the 13 minutes I have left to get this filed before I leave.


If I am not authorized to file, please let me know ASAP what your proposed solution is to this situation.


Thanks-

Karen

Karen O. Hourigan
Founder/CEO
khourigan@exitherasap.com
Ph: 415.371.9255
www.exitherasap.com

On Wed, Aug 10, 2022 at 2:15 PM Karen Hourigan <khourigan@exitherasap.com> wrote:
> Vince and Drake-
>
> I have attached a copy that indicates which edits of yours I have accepted and which I have rejected.  Please let me know no later than 3:00 p.m. PT today whether I have your permission to file this as-is with all changes accepted and the word "Draft" removed from the caption.
>
> If you believe that we need to file separately, please let me know that by 2:45 p.m. PT today.  As I mentioned during our Teams meeting about an hour ago, I have a few appointments this afternoon and we have been directed to file a joint proposal by the end of day today, which I interpret to be 5:00 p.m. PT.
>
> Thanks-
>
> Karen
>
> [Quoted text hidden]
> [Quoted text hidden]

---

**Karen Hourigan** <khourigan@exitherasap.com>   Wed, Aug 10, 2022 at 3:09 PM
To: "Mirsch, Drake A." <drake.mirsch@ogletree.com>
Cc: "Verde, Vince M." <Vince.Verde@ogletreedeakins.com>

Thanks, Drake.

Now that we do know that 5:00 p.m. is "end of day," time is of the essence.  I need to leave in six minutes.

-Karen



Karen O. Hourigan
Founder/CEO
khourigan@exitherasap.com
Ph: 415.371.9255
www.exitherasap.com

[Quoted text hidden]

---

**Mirsch, Drake A.** <drake.mirsch@ogletree.com>   Wed, Aug 10, 2022 at 4:12 PM
To: Karen Hourigan <khourigan@exitherasap.com>
Cc: "Verde, Vince M." <Vince.Verde@ogletreedeakins.com>

Karen -

I have connected with Vince. We anticipate having a response very shortly. The proposed revisions should satisfy everyone's concerns.

**Drake A. Mirsch | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Park Tower, 695 Town Center Drive, Fifteenth Floor | Costa Mesa, CA 92626 | Telephone: 714-800-7938
drake.mirsch@ogletree.com | www.ogletree.com | Bio

**From:** Karen Hourigan <khourigan@exitherasap.com>
**Sent:** Wednesday, August 10, 2022 3:10 PM
**To:** Mirsch, Drake A. <drake.mirsch@ogletreedeakins.com>
**Cc:** Verde, Vince M. <Vince.Verde@ogletreedeakins.com>
**Subject:** Re: Hourigan v. Redgrave LLP & Ogletree - Time for a Call Today

*[Caution: Email received from external source]*

Thanks, Drake.

Now that we do know that 5:00 p.m. is "end of day," time is of the essence. I need to leave in six minutes.

-Karen

[Quoted text hidden]
[Quoted text hidden]

---

**Mirsch, Drake A.** <drake.mirsch@ogletree.com>     Wed, Aug 10, 2022 at 4:20 PM
To: Karen Hourigan <khourigan@exitherasap.com>
Cc: "Verde, Vince M." <Vince.Verde@ogletreedeakins.com>

Karen –

Our further edits are attached. Let us know if this is acceptable. If so, let us know if you'd like us to add an electronic signature and file it with the Court.

**Drake A. Mirsch | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Park Tower, 695 Town Center Drive, Fifteenth Floor | Costa Mesa, CA 92626 | Telephone: 714-800-7938
drake.mirsch@ogletree.com | www.ogletree.com | Bio

[Quoted text hidden]

📄 **Hourigan v. Redgrave LLP et al - DRAFT Joint Proposal re Briefing and Hearing - (OD edits 8.10.2022).docx**
26K

---

**Karen Hourigan** <khourigan@exitherasap.com>     Wed, Aug 10, 2022 at 7:17 PM
To: "Mirsch, Drake A." <drake.mirsch@ogletree.com>
Cc: "Verde, Vince M." <Vince.Verde@ogletreedeakins.com>

Drake-

I am now back from my appointment. I have not had a chance to look at whatever it is that you all filed without my permission.

This is rich, to say the least. I will be in touch with you tomorrow.

-Karen



Karen O. Hourigan
Founder/CEO
khourigan@exitherasap.com
Ph: 415.371.9255
www.exitherasap.com

[Quoted text hidden]