Vince M. Verde CA Bar No. 202472
vince.verde@ogletree.com
Drake A. Mirsch CA Bar No. 328526
drake.mirsch@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:    714-800-7900
Facsimile:    714-754-1298

Attorneys for Defendants
Redgrave LLP and Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN O. HOURIGAN, | Case No. 3:22-cv-04303-LB |
| Plaintiff, | **NOTICE OF APPEARANCE OF VINCE M. VERDE** |
| v. | |
| REDGRAVE LLP; and OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., | Complaint Filed:  July 26, 2022<br>Trial Date:        None Set<br>Magistrate Judge: Hon. Laurel Beeler |
| Defendants. | |

PLEASE TAKE NOTICE, Vince M. Verde CA Bar No. 202472, Ogletree, Deakins, Nash,

Smoak & Stewart 695, Town Center Drive 15th Floor, Costa Mesa, CA 92626 714/800-7900

vince.verde@ogletree.com enters his appearance as Lead Counsel for Defendants Redgrave LLP

and Ogletree, Deakins, Nash, Smoak & Stewart P.C. in the above captioned matter.

DATED: August 12, 2022

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.


By:  /s/ Vince M. Verde
Vince M. Verde
Drake A. Mirsch
Attorneys for Defendants
Redgrave LLP and Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.