# TRANSCRIPT ORDER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 08/2018)

Please use one form per court reporter.
*CJA counsel please use Form CJA24*
Please read instructions on next page.

**COURT USE ONLY**
DUE DATE:

**1a. CONTACT PERSON FOR THIS ORDER:** Karen O. Hourigan
**2a. CONTACT PHONE NUMBER:** (415) 371-9255
**3. CONTACT EMAIL ADDRESS:** khourigan@exitherasap.com

**1b. ATTORNEY NAME (if different):**
**2b. ATTORNEY PHONE NUMBER:** (415) 371-9255
**3. ATTORNEY EMAIL ADDRESS:** khourigan@exitherasap.com

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
1706 Waller Street
San Francisco, CA 94117

**5. CASE NAME:** Hourigan v. Redgrave LLP, et al.

**6. CASE NUMBER:** 22-cv-4303

**7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR**
Ruth Levine Ekhaus

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL    ☐ CRIMINAL    ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL    ☑ CIVIL    CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/12/2022 | LB | TRO | | ● | ● | ○ | ● | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).
**11. SIGNATURE:** Karen O. Hourigan
**12. DATE:** 08/18/2022

Clear Form        Save as new PDF