Vince M. Verde CA Bar No. 202472
vince.verde@ogletree.com
Drake A. Mirsch CA Bar No. 328526
drake.mirsch@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:     714-800-7900
Facsimile:     714-754-1298

Lori F. Winland OK Bar No. 32159
lori.winland@ogletree.com
621 N. Robinson Avenue, Suite 400
Oklahoma City, OK  73102
Telephone:     405-546-3774
Facsimile:     405-546-3775
*[Apperance Pro Hac Vice]*

Attorneys for Defendants
Redgrave LLP and Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN O. HOURIGAN,<br><br>Plaintiff,<br><br>v.<br><br>REDGRAVE LLP; and OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.,<br><br>Defendants. | Case No. 3:22-cv-04303-LB<br><br>**NOTICE OF ORDER IN RELATED CASE**<br><br>Complaint Filed:  July 26, 2022<br>Trial Date:           None Set<br>Magistrate Judge: Hon. Laurel Beeler |

## NOTICE OF ORDER IN RELATED CASE

On November 30, 2022, in the matter of *Redgrave, LLP v. Karen Hourigan*, Case No. 22-001966-CI, the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida entered an Order on Defendant Karen Hourigan's Motion to Dismiss; giving Plaintiff Redgrave leave to amend in two respects; and directing Defendant Karen Hourigan 20-days to serve and file an Answer to the Amended Complaint. Attached hereto as "Exhibit 1" is a true and correct copy of the Order.

DATED:  December 7, 2022                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Drake A. Mirsch*
　　Vince M. Verde
　　Drake A. Mirsch
　　Lori F. Winland
　　Attorneys for Defendants
　　Redgrave LLP and Ogletree, Deakins, Nash, Smoak & Stewart, P.C.